ORIGINAL

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>ARTHUR LEE COOPER<br><br>*Defendant(s)* | Case No.<br>1:15-MJ- 46 |

FILED
15 MAR -5 AM 11:26

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2/11/2015__ in the county of __Allen__ in the __Northern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | did knowingly or intentionally possess with the intent to distribute a controlled substance (count 1); |
| 18 U.S.C. § 922(g)(1) | felon in possession of a firearm (count 2); and |
| 18 U.S.C. § 924(c) | carrying or possessing a firearm during and in relation to a drug trafficking crime (count 3). |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ATF Special Agent Kristin J. Pyle
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __03/05/2015__

s/Susan Collins
*Judge's signature*

City and state: __Fort Wayne, Indiana__     Susan Collins, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

Comes now your Affiant, Special Agent Kristin J. Pyle of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), first being duly sworn, now deposes and says:

I am an ATF special agent and have been so employed for approximately six years. Prior to my employment with ATF, I worked in corporate security, retail security, and the residential security business for approximately eight years. I am presently assigned to the Fort Wayne, Indiana, Field Office. My duties include that of enforcing the Federal firearm laws under Title 18, United States Code as well as making determinations regarding the interstate nexus of firearms and ammunition. I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy, and as a result of my training and experience as an ATF special agent, I am familiar with federal criminal laws and federal firearms laws.

After being contacted by the new Haven Police Department (NHPD), I assisted them in conducting an investigation regarding a person, Arthur Lee COOPER (COOPER), who used, carried or possessed a firearm during and in relation to a drug trafficking crime. The investigation also included the unlawful firearm possession by a person that has been convicted of a crime punishable by imprisonment for a term exceeding one year, that being COOPER, and a person, COOPER, knowingly and intentionally distributing a controlled substance. I reviewed COOPER's criminal history and verified COOPER's prior felony convictions, based upon matching identifying information, for the following: Possession of Cocaine or Narcotic Drug, class D felony, from the Allen Superior Court, Fort Wayne, Allen County, Indiana under cause number 02D06-1112-FB-000282, sentenced on or about April 26, 2012 to a period of two (2)

years and 183 days; Dealing in Cocaine or Narcotic Drug, class B felony, from the Allen Superior Court, Fort Wayne, Allen County, Indiana cause number 02D04-0508-FA-000046, sentenced on or about March 10, 2006 to a period of ten (10) years; Dealing in Cocaine or Narcotic Drug, class B felony, from the Allen Superior Court, Fort Wayne, Allen County, Indiana cause number 02D04-9709-CF-000559, sentenced on or about April 6, 1998 to a period of six (6) years which was sentenced to run concurrently with his conviction for Dealing in Cocaine or Narcotic Drug, class B felony, from the Allen Superior Court, Fort Wayne, Allen County, Indiana cause number 02D04-9710-CF-000644, sentenced on or about April 6, 1998 to a period of six (6) years; Possession of Cocaine, class D felony, from the Allen Superior Court, Fort Wayne, Allen County, Indiana cause number 02D04-9206-CF-000311, sentenced on or about November 25, 1992 to a period of one and a half (1½) years.

On or about February 11, 2015 at approximately 2:50am, while on routine patrol, a NHPD officer observed a vehicle that was still running parked in the parking lot of Hometown Inn located at 6910 SR 930 East, New Haven, Indiana 46803. This location is in the Northern District of Indiana. When the officer approached the driver's side of the vehicle the officer observed a male, later identified as COOPER, sleeping in the driver's seat. After knocking on the window several times COOPER finally awoke and verbally identified himself to the officer.

During this time, a second NHPD officer arrived on scene. The first officer briefed the second officer of the situation. The first officer returned to the driver's side of the vehicle to continue speaking to COOPER. At the same time, the second officer approached the vehicle on the passenger side. While the first officer was speaking to

COOPER the second officer saw a clear plastic baggie sitting on the passenger seat of the vehicle. The plastic baggie appeared to contain several large "rocks" that were white in color. The second officer asked COOPER, "What's that?" COOPER looked over at the clear plastic baggie and replied, "Aww shit." The first officer ordered COOPER to hand him the baggie which COOPER did.

Believing the white rock-like substance to be crack cocaine Officers ordered COOPER out of the vehicle. As COOPER exited the vehicle, officers stated that COOPER made movements like he was grabbing towards his leg. Upon searching COOPER, officers located a firearm in COOPER's right front coat pocket. The vehicle was also inventoried prior to being towed. A digital scale with white residue was found in the center console. Officers identified the firearm that was located on COOPER as an Astra-Unceta y CIA, pistol, model 2000 Cub, .22 caliber, bearing serial number 119482.

The firearm was loaded and had one round in the chamber. In the baggie containing the white rock-like substance, some of the "rocks" were bagged separately. The baggie of white rock-like substance weighted approximately 13.5grams. The white rock-like substance was later field tested and tested positive for the presence of cocaine.

On or about February 26, 2015, your Affiant obtained the firearm, ammunition, drugs and paraphernalia evidence from the New Haven Police Department. Upon examination of the firearm, an Astra, pistol, model, .22 caliber, bearing serial number 119482, I found that the firearm had not been manufactured inside the state of Indiana so by necessity travelled in or affected interstate or foreign commerce prior to its arrival in Indiana. I also test fired the firearm and found that the firearm functioned as designed meaning that it is capable of expelling a projectile by the action of an explosive.

I have not included each and every fact known or provided by members of the New Haven Police Department or ATF concerning the individual events described in this affidavit. The information contained in this affidavit is based in part on information provided to your Affiant by other law enforcement officers and in part by your Affiant's own personal observations.

Based upon the above information, your Affiant has probable cause to believe that COOPER committed the offenses of: being a felon in possession of a firearm, on or about February 11, 2015, in violation of 18 U.S.C. § 922(g)(1); using, carrying or possessing a firearm during and in relation to a drug trafficking crime on or about February 11, 2015, in violation of 18 U.S.C. § 924(c); knowingly and intentionally possessing with intent to distribute a controlled substance on or about February 11, 2015, in violation of 21 U.S.C. § 841(a)(1).

The foregoing facts are true to the best of your Affiant's knowledge and belief.

Further your Affiant sayeth naught.

Kristin J. Pyle
Special Agent
ATF

Subscribed and sworn to before me, this 5th day of March, 2015.

S/Susan Collins
U.S. Magistrate Judge

Honorable Susan L. Collins
Magistrate Judge
United States District Court