-FILED-
JUN 03 2020
At ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

5/29/20

Honorable Judge Theresa Springmann

My name is Arthur Cooper my case # is 1:15CR16-001 and i would like to petition the court to assign me an attorney to represent me for a Compassionate Release/Sentence Reduction. I don't have the money to hire an attorney and don't know enough about the law to represent myself. I am 68 years old and suffer from chronic conditions. With the good time i have earned i am more than halfway to my projected release date and we have some cases of the Corona virus and 1 death. There's a good chance this virus could kill me!

Sincerly,
Arthur Cooper

Mailing address
Arthur Cooper #14048-027
Federal Prison Camp P.O. Box 33
Terre Haute, IN. 47808

It's been more than 30 day's and Warden Lammer hasn't responded to my request for a Compassionate Release.

**NAME:** Arthur Cooper
**NUMBER:** 14048-027
Federal Prison Camp
P.O. Box 33
Terre Haute, IN 47808

Honorable Judge Theresa L. Springmann
U.S. District Court Clerks Office
1108 E. Ross Adair Courthouse 1300 S. Harrison
Fort Wayne, In. 46802

SECURITY DENIED