# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                             CASE NUMBER: 1:15-cr-16

ARTHUR COOPER

    Defendant.

## NOTICE OF NON-REPRESENTATION

Comes now Attorney Jerome T. Flynn and notifies the Court as follows:

1.    On June 4, 2020, this Court referred Defendant Cooper's case to the Federal Community Defenders, Inc. with respect to defendant's letter requesting appointment of counsel to represent him for a Compassionate Release/Sentence Reduction filed on June 3, 2020.  [DE 71, 69].

2.    After reviewing the defendant's case and discussing the matter with Attorney Michelle Kraus who interviewed the defendant, the undersigned counsel has determined that the attorneys for the Northern District of Indiana Federal Community Defenders, Inc. will be unable to assist the defendant.

3.    The defendant has been advised that he may file a *pro se* motion for compassionate release and may attach any documents he thinks are relevant for the Court to consider. He has also been advised that he must demonstrate to the Court that he has exhausted his administrative review remedies through the Bureau of Prisons and what he needs to do to make that showing to the Court.

Date:  June 18, 2020

        Respectfully submitted,

        Northern District of Indiana
        Federal Community Defenders, Inc.

By:    s/ Jerome T. Flynn
        Jerome T. Flynn
        2929 Carlson Drive Suite 101
        Hammond, IN  46323
        Phone: (219) 937-8020
        Fax: (219) 937-8021

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties of record.

        s/ Jerome T. Flynn