-FILED-

SEP 11 2020

At _____ M
ROBERT N. TROGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Honorable Holly Brady,

I would like to appeal your decision on my case # 1:15-CR-16-HAB because you had information that wasn't correct in some case's. I requested a Compassionate Release / Sentence Reduction with Warden Lammer in June 15, 2020 inclosed is a copy of that E-mail. He said he would respond to me in writing but he never has. And you said we only have 1 active Covid 19 case which is not true we have over 100 case's that are active. And my Criminal History does span 50 year's that is if you count the first 24 year's of nothing but traffic ticket's and Child Support, no prison, no drug charge's, or any serious charge. In 1994 i started using drug's because of the hurt i was feeling from personal tragity tragedy of people close to me dying. It helped me to cope and forget and i know that was the wrong way to go about it it seemed convenient at the time and i ended up getting caught up. I have been getting back close to my family and i realized finally that i wasn't alone my family backs backs and supports me.

Today is 9/8/20 and we here at the Camp with the Corona-virus all around us at the M.C.I. and the U.S.P infected with Covid 19 and they were sending inmate's from the camp to work in the MCI's kitchen preparing their meals, it was only a matter of time before it reached the camp and as of today we have our first Coronavirus case at the camp. It seemed very stupid and foolhardy to send inmate's into a place that was infected, like were immune to Covid 19. I hope you will reconsider your decision on my case

I am ignorant about legal things and i am very sorry i didn't ~~incuted~~ include the proper paperwork the first time.

Is it proper to have an attorney to represent me in a 5050.50 Compassionate Release/Reduction in Sentence 3582 (C)(1)(A) if so could you assign me an attorney to represent me.

Sincerly,
Arthur Cooper #14048-027
Federal Prison Camp P.O. Box 33
Terre Haute, In. 47808

Case # 1:15-CR-16-HAB
United States of America V. Arthur Cooper

P.S. The ~~the~~ chronic condition i suffer from is Spinal Stenosis (a narrowing of the spine) it is chronic and progressive it won't get any better only worse. I suffer pain 24/7 some day's worse than other's. I have scarring in my lungs from exposure to T.B., I am a smoker, i have ~~asthma~~ arthritis in most of my major joints, i have an enlarged prostate, i am an African American, my body mass index is high, when i weighed 223 lbs. it was 31 now i weigh 245.

I am ~~not violent have never committed~~ committed a violent act in my life

Michelle Kraus, Esq. was taking care of another matter for me and she has my medical records. We are locked down and have been locked down for weeks, so we can't make phone calls.

TRULINCS 14048027 - COOPER, ARTHUR L - Unit: THA-S-B

----

FROM: FCI Warden
TO: 14048027
SUBJECT: RE:***Inmate to Staff Message***
DATE: 06/17/2020 12:32:02 PM

This is in response to your Electronic Inmate Request to Staff.

A review of your request reveals you are requesting Compassionate Release/Reduction in Sentence due to your health concerns during the COVID-19 pandemic. Your request is being reviewed and you will be notified in writing.

I trust this response adequately addresses your concerns.

B. Lammer
Warden

>>> ~^!"COOPER, ~^!ARTHUR L" <14048027@inmatemessage.com> 6/15/2020 6:53 PM >>>
To: Warden Lammer
Inmate Work Assignment: Food Services

Sent 6/9/20

Warden Lammer i request a Compassionate Release/Sentence Reduction because of the high risk i have of having serious health issue's possibly death from the Corona virus. Reason's are my age 68, a chronic and progressive spine condition, i'm a smoker, i am African American, i'm non-violent and not a threat to anyone, and i have Arthritis in most of my joint's

7/22 filed a 5050.50

# Bureau of Prisons
## Health Services
### Medical Duty Status

Reg #: 14048-027   Inmate Name: COOPER, ARTHUR L

**Housing Status**
__ confined to the living quarters except __ meals __ pill line __ treatments   Exp. Date: _____
__ on complete bed rest: __ bathroom privileges only   Exp. Date: _____
X cell: __ cell on first floor __ single cell X lower bunk __ airborne infection isolation   Exp. Date: 05/14/2021
__ other: _____   Exp. Date: _____

**Physical Limitation/Restriction**
__ all sports   Exp. Date: _____
__ weightlifting: __ upper body __ lower body   Exp. Date: _____
__ cardiovascular exercise: __ running __ jogging __ walking __ softball   Exp. Date: _____
__ football __ basketball __ handball __ stationary equipment
__ other: _____   Exp. Date: _____

May have the following equipment in his / her possession:

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Brace - knee | 01/14/2020 | 01/14/2022 | |
| knee sleeve, curad, size large | | | |
| Eye Glasses | 06/07/2016 | | |

**Work Restriction / Limitation:**
Cleared for Food Service: Yes
Restriction                                                                                         Expiration Date
No Ladders
No Upper Bunk
No Climbing
No Prolonged Standing
No Lifting More Than 20 Pounds

Comments: Care Level 2 - low bunk due to spinal stenosis
No repetitious bending.

_____ Rogatnick, L. MD _____                05/12/2020
Health Services Staff                                                Date

Inmate Name: COOPER, ARTHUR L   Reg #: 14048-027   Quarters: S02

**ALL EXPIRATION DATES ARE AT 24:00**

*L. Rogatnick, M.D.*
*5/12/2020*

Generated 05/12/2020 08:13 by Rogatnick, L. MD    Bureau of Prisons - THA    Page 1 of 1

NAME: Arthur Cooper
NUMBER: 14048-027
Federal Prison Camp
P.O. Box 33
Terre Haute, IN 47808

INDIANAPOLIS IN 460
9 SEP 2020 PM 7 L

Honorable Holly Brady
United States District Court
1300 S. Harrison St.
Ft. Wayne, In. 46802

46802-345699